# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOHNNY YOUNG - THE BENEFACTOR (<br>A LIVING MAN), | : | No. 84 EM 2016 |
| Petitioner | : | |
| v. | : | |
| FEDERAL HOME LOAN MORTGAGE<br>CORP. ET AL.; PHELAN, HALLINAN,<br>DIAMOND & JONES, ET AL., | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of July, 2016, the Application for Extraordinary and King's Bench Jurisdiction is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.